FILED

03/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0589

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0589

STATE OF MONTANA,

>  Plaintiff and Appellee,

v.

RYAN PATRICK SULLIVAN,

>  Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion to supplement the record and stay the briefing schedule, and good cause appearing,

IT IS HEREBY ORDERED that the following transcripts shall be prepared and placed in the file of this Court in this cause within 30 days:

>  8/20/2019 – Arraignment
>  10/22/2019 – Omnibus
>  01/06/2020 – Trial Status
>  04/07/2020 – Serve Amended Information
>  06/03/2020 – Bond Reduction Hearing (DENIED)
>  10/20/2020 – Hearing to Serve Probation Violation Papers

IT IS FURTHER ORDERED that the briefing schedule is STAYED pending filing of the transcripts and the supplemental

transcript ordered simultaneously in DA 20-0588.  Upon filing of all ordered transcripts, Appellant shall have thirty (30) days in which to prepare, file, and serve his opening brief on appeal.

No further extensions will be granted.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 17 2022